# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>& )<br>)<br>STATE OF MAINE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NOBLE HOME HEALTH CARE, INC., )<br>and MOHAMED A. HASSAN, )<br>)<br>Defendants. ) | Civil Case No. 2:20-cv-00204-GZS |

## ORDER DIRECTING PAYMENT OF SETTLEMENT PROCEEDS

WHEREAS defendants Noble Home Health Care, Inc. ("NHHC") and Mohamed A. Hassan ("Hassan") (together, "Defendants"), and plaintiffs the United States of America (the "United States"), on behalf of its agency the U.S. Department of Health and Human Services ("HHS"), and the State of Maine ("Maine"), on behalf of its agency the Maine Department of Health and Human Services ("Maine DHHS") (together, "Plaintiffs") (hereafter collectively referred to as the "Parties" to a Settlement Agreement, discussed below) on June 10, 2020, jointly moved for an Order directing that certain "Suspended Claims" funds discussed in the Joint Motion be paid to the attorney trust account of Defendants' counsel to be disbursed to the federal and state governments;

IT IS NOW HEREBY ORDERED that the Parties' Joint Motion is GRANTED, such that all available funds resulting from MaineCare's adjudication of the Suspended Claims shall be promptly deposited and held in a trust account of Defendants' counsel; and

IT IS FURTHER ORDERED that such funds in the amount of One Hundred and Eleven Thousand and Two Hundred Dollars and Forty-Six Cents ($111,200.46) shall thereafter be paid from the trust account of Defendants' counsel to the United States and Maine pursuant to the terms of the Settlement Agreement filed in resolution of this Civil Action.

**SO ORDERED:**

Dated: June 10, 2020

/s/ George Z. Singal
George Z. Singal
U.S. District Judge